**Karapet GASPARYAN, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security Administration, Defendant–Appellee.**

No. 10–56946.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 7, 2012.

Filed May 18, 2012.

John Ohanian, Esquire, John Ohanian, Esq. Attorney at Law, Palos Verdes Peninsula, CA, for Plaintiff–Appellant.

Geralyn A. Gulseth, Esquire, Assistant Regional Counsel SSA—Social Security Administration Office of the General Counsel, San Francisco, CA, Dorothy Schouten, Assistant U.S., USLA—Office of the U.S. Attorney Los Angeles, CA, for Defendant–Appellee.

Before: NOONAN and FISHER, Circuit Judges, and MUELLER, District Judge.*

MEMORANDUM **

Petitioner Karapet Gasparyan appeals the district court's denial of his motion for attorney's fees under the Equal Access to

---

* The Honorable Kim Mueller, United States District Judge for the Eastern District of California, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A). We affirm.

Despite the district court's many invitations, Gasparyan failed to provide any meaningful rebuttal to the government's showing that its position was substantially justified. The district court's denial of attorney's fees thus was not an abuse of discretion. *See Gutierrez v. Barnhart*, 274 F.3d 1255, 1258 (9th Cir.2001) (explaining that the decision whether to award fees under the EAJA, including the district court's conclusion that the government's position was substantially justified, is reviewed for abuse of discretion).

**AFFIRMED.**